IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CR-325-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MONTEZ GADDY, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the handwritten "Motion to Dismiss w/Legal Prejudice" sent by Defendant, Montez Gaddy, to the Clerk of Court, received April 8, 2014 (Document No. 18). The undersigned notes that Defendant is represented by Denzil H. Forrester. It is the practice of the Court that when a Defendant is represented by counsel, all motions should be filed through counsel of record.

**IT IS THEREFORE ORDERED** that the Defendant's "Motion to Dismiss w/Legal Prejudice" (Document No. 18) is hereby **DENIED WITHOUT PREJUDICE**. Defendant may re-file his motion, if desired, through his counsel, Denzil H. Forrester.

**SO ORDERED**.

Signed: April 9, 2014

David C. Keesler
United States Magistrate Judge